Juan Angel Martinez H-93376
P.O. Box 7500  C-7-214
Crescent City Ca 95532

FILED / RECEIVED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Juan Angel Martinez, JR.,  )   NO C 07-4684 CRB (PR)
          Plaintiff,       )
                           )
V.                         )   PLAINTIFF'S INTERROGATORIES
                           )   AND REQUEST FOR PRODUCTION
James E. Tilton, et al.,   )   OF DOCUMENTS.
          Defendant(s).    )

Pursuant to Rules 33 and 34, Fed.R.Civ.P., the Plaintiff submits the following interrogatories and Requests For documents to the Defendants. You are Directed to Answer each of the interrogatories in Writing Under Oath, and Produce each of the requested Documents for inspection and Copying within 30 days of Service.

1. State the Duties of Defendant James E. Tilton. If those duties are set forth in any job description or other documents, produce the Document.

2. State the Duties of Each Defendant at Pelican Bay State Prison. If those Duties are set forth in any Job description or other documents, produce the document.

3. State the Procedure/Policy in effect during Sept 2006 till the date of your response For the disapproval of Inmate Mail, If those procedures, policies, directives or other documents are set forth in Writing, produce the document(s)

1.

4. State the names, titles and duties of all staff members at Pelican Bay State prison who have responsibility for responding to, investigating or deciding inmate grievances. If those duties are set forth in any job description, policy, directive, or other document, produce the document.

5. State the procedure in effect during September 2006. Until the date of your response, for responding to, investigating, or deciding inmate grievances. If the procedure for handling grievances based on "Inmate Mail" is different from the procedure for handling other kinds of grievances state both procedures, if those procedures are set forth in any directive manual or other document, produce the document.

6. Any and all documents created by any Pelican Bay staff member in response to a grievance filed by the plaintiff from September 2006 until the present concerning mail disapproval, confiscation, destruction, censorship, denial or any grievance concerning his mail.

7. Any and all policies, directives, or instructions to staff governing mail procedures, both in general population and in SHU (Security Housing Unit) from Sept 06 until present.

8. Any logs, lists, or other document reflecting grievances filed by Pelican Bay inmates from September 2006 to the date of your response regarding inmate mail.

9. Provide a copy of, or a description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the

2.

pleadings.

10. Any and all grievances complaints, or other documents recieved by their agents or defendants at pelican bay State prison Concerning Mail, and any Memoranda, investigative files or other documents Created in response to such documents since September 2006.

Juan Angel Martinez JR.,
H-93376   C-7-214
P.O. Box 7500
Crescent City. Ca. 95532.

_____
Signature

2-29-08
_____
Dated.

3.

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name, Juan Angel Martinez vs. James E. Tilton et, al.
No. C 07-4684 CRB (PR)

I declare I am the plaintiff and party to this matter on, -2008 I served the attached:-

## PLAINTIFFS INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS.

By placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid, in the Mail Collection System (legal mail) at Pelican Bay State Prison SHU. Addressed as follows.

Department Of Justice
KENNETH T. ROOST. Deputy ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
SAN FRANCISCO Ca. 94102-3664.

Office of the Clerk, U.S. Dist ct.
450 Golden Gate Avenue
San francisco Cal. 94102

I Declare Under the penalty of perjury, under the laws of the state of California. The foregoing is true And Correct and that this Declaration was executed on, -2008 at PBSP SHU.

Juan Angel Martinez JR
Declarant/plaintiff

Signature