1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5824
     Fax: (415) 703-5843
8    Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants Tilton, Scavetta, Horel,
   Silva, Vanderhoofven, McGuyer, Enos, Barneburg,
10 Countess, Milligan, and Estes

11

12                 IN THE UNITED STATES DISTRICT COURT

13                FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15 
   | JUAN ANGEL MARTINEZ, JR., | C 07-4684 CRB (PR) |
16 |---|---|
   | Plaintiff, | **DEFENDANTS' MOTION** |
17 | | **FOR AN EXTENSION OF** |
   | v. | **TIME TO FILE A** |
18 | | **DISPOSITIVE MOTION** |
   | JAMES E. TILTON, et al., | |
19 | | |
   | Defendants. | |
20 

21     Defendants Tilton, Scavetta, Horel, Silva, Vanderhoofven, McGuyer, Enos, Barneburg,

22 Countess, Milligan, and Estes (Defendants) respectfully request a forty-day extension of time, up

23 to and including May 20, 2008, in which to file a dispositive motion.

24 //

25 //

26

27

28

Defs.' Mot. EOT File Dispositive Mot.                                    *Martinez v. Tilton, et al.*
                                                                         C 07-4684 CRB (PR)

1

As explained in detail by the accompanying declaration of counsel, Defendants need additional time to prepare a dispositive motion and potentially multiple supporting declarations because of their counsel's intervening casework.

Dated: April 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General



KENNETH T. ROOST
Deputy Attorney General
Attorneys for Defendants Tilton, Scavetta, Horel, Silva, Vanderhoofven, McGuyer, Enos, Barneburg, Countess, Milligan, and Estes

40237098.wpd
SF2008400483

Defs.' Mot. EOT File Dispositive Mot.

*Martinez v. Tilton, et al.*
C 07-4684 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Martinez v. Tilton, et al.**

Case No.:    **C 07-4684 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 7, 2008</u>, I served the attached

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Juan Angel Martinez, Jr.
H-93376
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 7, 2008**, at San Francisco, California.

| M. Xiang | *[signature]* |
|---|---|
| Declarant | Signature |