1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5824
     Fax: (415) 703-5843
8    Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants Tilton, Scavetta, Horel,
   Silva, Vanderhoofven, McGuyer, Enos, Barneburg,
10 Countess, Milligan, and Estes

11

12             IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

| JUAN ANGEL MARTINEZ, JR., | C 07-4684 CRB (PR) |
|---|---|
| Plaintiff, | **DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| JAMES E. TILTON, et al., | |
| Defendants. | |

   I, Kenneth T. Roost, declare:

   1.  I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and am assigned to represent Defendants Tilton, Scavetta, Horel, Silva, Vanderhoofven, McGuyer, Enos, Barneburg, Countess, Milligan, and Estes (Defendants) in this case. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so.

   2.  On January 11, 2008, the Court ordered service on Defendants, and ordered that their

Decl. Roost Supp. Defs.' Mot. EOT File Dispositive Mot.                    *Martinez v. Tilton, et al.*
                                                                            C 07-4684 CRB (PR)

1  dispositive motion would be due in ninety days, on April 10, 2008. (Order of Service.)

2      3. In the last month, Defendants' counsel has filed summary-judgment motions in two
3  other cases, a motion to dismiss, and a motion for reconsideration and corresponding reply.
4  Counsel also prepared the legal argument opposing an order to show cause in a class-action case.

5      4. Because of this extra work, much of which was unforeseen, Defendants require
6  additional time to prepare their dispositive motion, and potentially multiple declarations in
7  support of the motion.

8      5. Defendants respectfully request a forty-day extension of time to file their dispositive
9  motion, so that it must be filed on or before May 20, 2008.

10     6. This request for an extension of time is not made for the purpose of harassment, undue
11 delay, or any improper reason. Defendants have made no other requests for an extension of time
12 in this case.

13     7. Plaintiff is confined in state prison and cannot easily be contacted concerning an
14 extension of time. Because Plaintiff is a prisoner, it is also difficult to deliver this motion for an
15 extension of time on the same day it is filed. Thus, Defendants are serving it by overnight mail.

16     I declare under penalty of perjury that the foregoing is true and correct and that this
17 declaration was executed on April 7, 2008, in San Francisco, California.

18
19                                                 _____
20                                                 Kenneth T. Roost
                                                Deputy Attorney General
21
22 40237099.wpd
23 SF2008400483
24
25
26
27
28

Decl. Roost Supp. Defs.' Mot. EOT File Dispositive Mot.                         *Martinez v. Tilton, et al.*
                                                                                                       C 07-4684 CRB (PR)