IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN ANGEL MARTINEZ, JR.,<br><br>              Plaintiff,<br><br>     v.<br><br>JAMES E. TILTON, et al.,<br><br>              Defendants. | C 07-4684 CRB (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

Defendants move for a forty-day extension up to and including May 20, 2008, in which to file a dispositive motion. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including May 20, 2008. The time in which Plaintiff may file his opposition is extended up to and including June 19, 2008. And Defendants shall file a reply concerning their dispositive motion no later than July 7, 2008.

Dated: _____          _____
                                HONORABLE CHARLES R. BREYER
                                United States District Judge

40237101.wpd
SF2008400483

[Proposed] Order Granting Defs.' Mot. EOT File Dispositive Mot.        *Martinez v. Tilton, et al.*
                                                                        C 07-4684 CRB (PR)