1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11
| JUAN ANGEL MARTINEZ, JR., | C 07-4684 CRB (PR) |
|---|---|
12 | | [PROPOSED] ORDER |
| Plaintiff, | GRANTING DEFENDANTS' |
13 | | MOTION FOR AN |
| v. | EXTENSION OF TIME TO |
14 | | FILE A DISPOSITIVE |
| JAMES E. TILTON, et al., | MOTION |
15 | | |
| Defendants. | |
16

17      Defendants move for a forty-day extension up to and including May 20, 2008, in which to

18  file a dispositive motion.  The Court has read and considered Defendants' motion and the

19  accompanying declaration of counsel and, good cause appearing,

20      IT IS ORDERED that Defendants' requested extension of time is GRANTED.  The time in

21  which Defendants may file a dispositive motion is extended up to and including May 20, 2008.

22  The time in which Plaintiff may file his opposition is extended up to and including June 19,

23  2008.  And Defendants shall file a reply concerning their dispositive motion no later than July 7,

24  2008.

25

26      Dated: _____April 10, 2008_____

27                                      HONOR_____
                                        United S_____

28  40237101.wpd
    SF2008400483

    [Proposed] Order Granting Defs.' Mot. EOT File Dispositive M_____          Martinez v. Tilton, et al.
                                                                                  C 07-4684 CRB (PR)

IT IS SO ORDERED

Judge Charles R. Breyer