UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANGEL MARTINEZ JR., | Case Number: CV07-04684 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JAMES E. TILTON et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Angel Martinez H-93376
Pelican Bay State Prison
C-7-214
P.O. Box 7500
Crescent City, CA 95532

Dated: April 11, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk