EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5824
  Fax: (415) 703-5843
  Email: Ken.Roost@doj.ca.gov

Attorneys for Defendants Tilton, Scavetta, Horel,
Silva, Vanderhoofven, McGuyer, Enos, Barneburg,
Countess, Milligan, and Estes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN ANGEL MARTINEZ, JR.,<br><br>                      Plaintiff,<br><br>    v.<br><br>JAMES E. TILTON, et al.,<br><br>                      Defendants. | C 07-4684 CRB (PR)<br><br>**DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, KENNETH T. ROOST, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section. I am assigned to represent Defendants Tilton, Scavetta, Horel, Silva, Vanderhoofven, McGuyer, Enos, Barneburg, Countess, Milligan, and Estes (Defendants) in this case. I am competent to testify to the following matter, and if called on to do so, I would and could so testify. I submit this declaration in support of Defendants' motion for summary judgment.

Decl. Roost Supp. Defs.' Mot. Summ. J.                                                          *Martinez v. Tilton, et al.*
                                                                                                               C 07-4684 CRB (PR)

2.    Attached as Exhibit A is a custodian-of-records declaration from Pelican Bay State Prison (PBSP) where Plaintiff Martinez is presently housed. This declaration was received with the remaining exhibits, and authenticates them.

3.    Attached as Exhibit B is the administrative-grievance history for the grievance identified by appeal-log number C-06-02404 (excepting the Director's Level response), which concerns the confiscation of an incoming correspondence to Martinez.

4.    Attached as Exhibit C is the administrative-grievance history for the grievance identified by appeal-log number C-07-00012 (excepting the First Level response), which concerns the confiscation of another incoming correspondence to Martinez.

5.    Attached as Exhibit D is the Director's Level response for the grievance identified by appeal-log number C-07-00269, which concerns the confiscation of another incoming correspondence to Martinez.

6.    Attached as Exhibit E is the administrative-grievance history for the grievance identified by appeal-log number C-06-03253, which concerns Pelican Bay State Prison's policy of placing point-of-origin stamps on outgoing inmate mail from the Secure Housing Unit.

7.    Attached as Exhibit F are documents indicating that Martinez is a validated prison-gang associate of the Mexican Mafia, housed in Pelican Bay State Prison's Secure Housing Unit.

8.    These attached documents were provided by the Custodian of Records in response to the Attorney General Office's request for inmate appeals from Plaintiff Martinez's Central File relevant to this action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on May 20, 2008, at San Francisco, California.

KENNETH T. ROOST
Deputy Attorney General

40255136.wpd
SF2008400483

Decl. Roost Supp. Defs.' Mot. Summ. J.

*Martinez v. Tilton, et al.*
C 07-4684 CRB (PR)