# EXHIBIT F

STATE OF CALIFORNIA                                                                                                                    DEPARTMENT OF CORRECTIONS
                                                                                                                                         CDC 128G (Rev. 12/91)

No:        H-93376         Name:   MARTINEZ, Juan                              Housing:      C7-224
Custody:   MAX-S          CS:     203-IV   WG/PG:   D1/D EFF 7/27/05           Assignment:   SHU-INDET
Rel Date:  MEPD  10/21/00          Reclass:   1/07                            Action:       RETAIN PBSP SHU-INDET STATUS; REFER TO
           SUB#3 7/07                                                                        CSR FOR ANNUAL RE-ENDORSEMENT

Inmate Martinez refused to appear before PBSP Facility C ICC on this date for Annual/114D Review. No staff assistant was assigned as S is not illiterate, speaks English, can comprehend the issues, and is free of mental health services needs. An investigative employee was not required. Prior to Committee, S was issued an updated copy of his CDC 114D dated 7/20/06 and the CDC 812A, Notice of Critical Case Information - Prison Gang Identification, updated by IGI on 7/18/06. Committee notes a CDC 128-B2 dated 12/9/03 citing 8 documents that meet prison gang validation requirements. S is affiliated with a prison gang that is known to be involved in criminal activities which threaten the safety of others and institution security, and this requires continued segregation from the GP. S is informed, via this chrono, that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, sections 3378(e) and 3341.5(c)(4) and (5). C-file reflects S does not meet criteria for inactive status as outlined in CCR, Title 15, and section 3378(e). S will be eligible for Inactive Review in 7/09. **Committee acts to retain SHU-INDET and refer to CSR with recommendation for PBSP SHU based on his validation as an active associate EME prison gang.** The prior CSR action dated 9/8/05 noted no concerns. DDP Review: 128C-2 in C-File. S has no cellmate and committee notes the "S" custody suffix has previously been applied. PC 2930 and PC 2933 complied with. S is advised, via this chrono, of the Committee's decision and his right to appeal. BPT Sub# 3 Hearing scheduled in 7/07. Next scheduled Committee will be 1/07 for 180-Day Review.

                                    *RECOMMENDATION REMAINS THE SAME A.B.*
                                                                            *8-23-06*

CHAIRPERSON:  P.T. SMITH/AW              U. SILVA/FC (A)         E. DOUGLASS/LCSW                              RECORDER: R. COX/CCII

CC:  ☐OBIS   ☒CSR   ☐IGI   ☐PSYCH   ☐MED   ☐OTHER _____                              ☐ 128C-2 in C-File
                                                                                                              Inst: PBSP

Committee Date: 7/26/06       REDDEN/ai            Classification          *FACILITY C  ICC REVIEW*

                                                                                                              F-1

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC 128G (Rev. 9/31/00)

NO: _H93376_   NAME: _MARTINEZ_____, _JUAN_   Cell/Bed: _C7-224_

Custody: _MAYS_  CS: _203_ (_LW_)  WG/PG: _DIO_ EFF _7-27-05_ Assignment: _____ _SIT_

RelDate: _MEPD 10/21/00_   Reclass: _7/07_ (_Ann_)  ACTION: _RETAIN PBSP S/R STATUS_

BPH Hearing: _Sub #3 7/07_

Inmate _MARTINEZ_____, appeared / .refused to appear  before PBSP FAC C / X SHU UCC this date for 180-Day Review. S is serving SHU Indeterminate due to his prison gang affiliation as documented on CDC 128B2 dated _12-9-03_ . S is an Active / Inactive / Associate / Member of the _____ _EME_ _____ prison gang. S's validation was reviewed by Committee and found to meet the criteria required in CCR 3378(c). Committee acts to retain S in SHU per CCR 3341.5(c)(2)(A)2. ~~S participated in Committee's review of his case and agreed / disagreed with Committee action.~~ S ~~was informed~~ / is informed, via this chrono, that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, sections 3378(e) and 3341.5(c)(4) and (5).

Comments: _____
_____
_____

Committee reviewed S for Inactive Gang Status as outlined in CCR 3341.5(c)(5) and noted the following:

☒ The last source document used in the validation process is dated _8-28-03_ , indicating recent (within 6 years) gang activity.

☒ ~~Noted is a previous Inactive Review, documented on CDC-128B dated~~ _____ ~~indicating S does not meet the Inactive criteria.~~ S will be eligible for an~~other~~ Inactive Review after _7-18-09 PER C/M DATED 7/19/03_.

☐ The date of the most recent gang activity, as noted in S's file, could not be established. Refer S to PBSP IGI for evaluation of his current gang status.

☐ S has previously been referred to PBSP IGI for an Inactive Review, and the review is pending.

☐ S is pending DRB review.

☐ S was reviewed by the DRB on _____. The DRB determined _____
_____

☐ S is double celled with Inmate _____, #_____, / and states they are compatible.

☒ S has no cellmate and committee notes the "S" custody suffix has / ~~has not~~ previously been applied. ~~Committee acts to retain / affix the "S" suffix~~
☐ ~~because S has not successfully completed the compatibility review for double celling in PBSP SHU.~~

☐ due to _____

☒ S is advised, via this chrono of the Committee's decision and his right to appeal.
☐ S was advised of Committee's decision and his right to appeal this Committee action and that it must be submitted within 15-working days of this date, whether he has received the CDC Form 128G Classification chrono or not.

BPH  Initial / Documentation # ____ / Subsequent # _3_  Hearing scheduled in _7/07_ .

Next scheduled Committee will be _7/07_ for _ANNUAL_____ Review.

MEMBERS: _____ F(A)       _____       _____ Recorder
          Chairperson

_F. VANDERHOOFVEN (F/A)_    _X LOX CCII_      _A. REBSEN CCII_
Print Name/Title            Print Name/Title   Print Name/Title

CC: ☐ OBIS  ☐ CSR  ☐ IGI  ☐ PSYCH  ☐ C&PR  ☐ MED  ☐ OTHER _____

Committee Date: _1-2-07_     Classification   FAC C / X SHU   UCC   180-DAY REVIEW       PBSP-SHU

F - 2