# EXHIBIT A

STATE OF CALIFORNIA— DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT OPERATIONS**
PELICAN BAY STATE PRISON

5905 Lake Earl Drive
P. O. Box 7000
Crescent City, CA 95532-7000



## DECLARATION OF CUSTODIAN OF RECORDS

I, Donna Sackett, declare as follows:

I am a Correctional Case Records Manager employed by the California Department of Corrections and Rehabilitation at Pelican Bay State Prison, Crescent City, CA. In this capacity, I am the duly authorized custodian of records maintained on inmates committed to the custody of the California Department of Corrections and Rehabilitation and housed at this institution.

A central file is maintained on each inmate housed in the California Department of Corrections and Rehabilitation. The file is maintained by the Records Office at each institution housing the inmate, and transferred with the inmate to any other institution. The documents and entries in documents pertaining to an inmate are prepared at or near the time of their occurrence by persons with knowledge of the circumstances or events. The documents attached hereto are true and correct copies of documents from the file of Inmate MARTINEZ, CDC# H93376, maintained in the regular course of business by the Department of Corrections and Rehabilitation at this institution.

I declare under penalty of perjury that I am competent to testify as a witness and that the foregoing is true and correct, based on my personal knowledge. Except for those statements based on information and belief and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

Executed on 2-20-08, at Crescent City, California.

_D. Sackett_
DONNA SACKETT
Correctional Case Records Manager