# EXHIBIT B

State of California

# Memorandum

Date : November 13, 2006

To : C. M. Scavetta
Associate Warden
Security Housing Unit

From : Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : POINT OF ORIGIN IDENTIFICATION STAMPS

The Institutional Gang Investigations (IGI) unit is aware of an ongoing trend utilized by inmates housed in the Security Housing Unit (SHU) to circumvent established mail procedures, conduct gang activity, and illegally communicate with gang members. This method of communication is well documented and has been a known avenue for inmates to communicate that has been in place for many years. This form of circumvention is commonly known as the "boomerang" method and third party mail.

The technique used consists of inmates deliberately placing their intended recipient's address on the return address of a mailing and then deliberately using a false address so the mailing will be returned to sender to another inmate. Some inmates also use accomplices in the community to reroute mail, repackaging letters to inmates in other facilities or at other institutions to avoid detection by staff.

Pelican Bay State Prison (PBSP) is recognized as a hub for communication of gang members incarcerated throughout the State as the vast majority of influential, validated gang members are housed at PBSP. Letters from these influential gang members are routinely intercepted by staff at various California Department of Corrections and Rehabilitation institutions and county jail facilities containing messages for subordinate gang members.

In order to combat this technique used by inmates, IGI has purchased rubber stamps that we hope to implement in every housing unit in the SHU. First Watch staff currently screen each piece of outgoing mail on a nightly basis. Once implemented, staff screening the mail shall stamp each envelope and each page of a letter in order to identify the point of origin for each mailing. The stamps used shall be in red ink only, which will not interfere with the readability of mailings which are written in state issued black ink. As staff must already inspect each page of each letter for contraband, the stamping of letters and envelopes should not constitute an impact on the workload for First Watch staff.

In order to be effective, the following practices should be implemented if approved:

- First class mail: The envelope of each mailing shall be stamped to the left of the recipient's address. Each page of the letter shall be stamped in the body of the letter diagonally to avoid the letter being repackaged in a different envelope. Caution must be

C. M. Scavetta
Page 2

utilized so the stamp does not interfere with the intended address to avoid interference with processing by the Mailroom and the United States Postal Service.

- **Institutional mail:** All outgoing institutional mail shall be stamped in the same manner. All institutional mail shall be stamped to include, but not limited to, Inmate Requests for Interview, Law Library Access Forms, Trust Account Withdrawal Forms, Package Forms, Inmate Appeal Forms, and Sick Call Forms. These forms have all been utilized by inmates to pass messages in the past. U-Save-'Em envelopes must have the contents stamped in the same manner as First Class mailings.

- **Postcards:** Postcards shall be stamped in the body of the text.

- **Legal mail:** Legal mail shall be stamped on the reverse side of the envelope only, preferably across the envelope seal.

- **Inmate drawings:** Inmate drawings shall be stamped on the back of the drawing and discretion shall be used by unit staff in order to avoid damage to the drawing.

The intent of this program is to identify the origin of inmate mailings in order to stop criminal activity, not to deface or alter the mailing itself. The cooperation and support of SHU staff is appreciated. With the implementation of the stamp program, we hope to severely minimize the amount of criminal activity which is perpetrated through our mail system.

Attached to this memorandum are examples of preferred locations for stamp placement. If you have any questions, please call me at extension 9079.

KURT L. MCGUYER
Correctional Captain
Investigative Services Unit