# EXHIBIT C

State of California

# Memorandum

Date : November 13, 2006

To : All Security Housing Unit Staff

From : Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : PROCESSING OF ALL OUTGOING AND INSTITUTIONAL MAIL

Effective immediately, staff processing outgoing mail from the Security Housing Unit will ensure the mailing and all its contents are stamped with red ink indicating the unit of origin. Only red ink shall be utilized to not interfere with the readability of the inmates writing in state-issued black ink. This process shall include all institutional mail. The following instructions will be adhered to when processing this mail:

- First class mail: This mail will be stamped on the outside of the envelope and all contents of the envelope. Each page of the letter will be stamped through the writing diagonally to prevent any third party mailer from removing the mark and photocopying the correspondence for forwarding. The envelope of each mailing shall be stamped to the left of the intended recipient's address. Caution must be utilized not to stamp over the intended address so there is no interference with the United States Postal Service processing.
- Legal mail: Only the outside of the envelope will be stamped, preferably on the reverse side across the seal.
- Postcards: Process the same as First Class mail.
- Institutional mail: The reverse of the form utilized may be stamped. If the form utilized by the inmate is double-sided, then discretion will be used in the location of the stamp to not interfere with the processing of the form. U-Save-'Em envelopes must have the contents stamped the same as First Class mailings.

All mailings or correspondence leaving the unit must be stamped. Therefore, it is advised only unit staff will be allowed to accept mail or forms for mailing. If unit visitors find it necessary to accept mail or forms from an inmate, unit staff will ensure the mailing or form is stamped prior to leaving the unit.

Staff are reminded that this process is implemented for tracking the point of origin of each mailing and discretion shall be utilized at all times to not deface or alter the mailing itself.

Attached to this memorandum are examples of preferred locations for stamp placement.

If you have any questions, please call Sergeant J. Beeson at extension 9086.

C.M. SCAVETTA
Associate Warden
Security Housing Unit

Attachments

cc: J. Beeson