# EXHIBIT D

State of California

# Memorandum

Date : December 20, 2006

To : All Security Housing Unit Staff

From : California Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : STAMPING OUTGOING MAIL IN THE SECURITY HOUSING UNIT

Certain issues have arisen with regard to the previously implemented outgoing mail stamping procedure. This is a new program and as with all new programs, unforeseen issues surface that need adjusting. The following does not supersede the previous memorandum dated November 13, 2006, but serves to bring clarity and new information that has surfaced since the beginning of the program.

Staff should exercise good judgment when processing mail. The intent is not to deface inmate mail. Caution should always be used to prevent bleed through or smearing due to wet ink or excessive ink. In the near future, stamps will be self-inking and a color that will not interfere with the readability of the mailing. The new color will provide fewer impediments to the reader but will maintain the security focus of stopping covert communications even after photocopying. Until this occurs, care must be taken when utilizing the current stamp and ink.

Staff are directed not to stamp indigent envelopes that are being used as payment (postage) for mail-outs. Once a unit stamp has been placed on an indigent envelope being used as postage, the envelope cannot be restocked or re-issued. Operational Procedure No. 205 Inmate Mail, Section I Indigent Inmates, (1) Regular Indigent Inmate Mail, states in part:

> "...Indigent inmates, who are issued indigent envelopes, may use the envelopes to pay for the postage of legal/confidential mailings larger than one ounce. The inmate will attach the appropriate number of envelopes to the mailing before it is sent to the Mailroom. Each indigent envelope is worth the current postage rate; i.e., one ounce of postage. Inmates may also utilize indigent envelopes to return disallowed items (stamps, pictures, etc.) found in incoming mail. The envelopes must be constructed to fit all returns in excess of one ounce."

The procedure for using indigent envelopes to send legal/confidential mail does not apply to First Class mail.

- All outgoing Institutional mail and personal letters will be stamped one time across the middle of every page and the envelope on the front and to the side.

- Photographs will be stamped only on the back. The ink must dry before placing it into a stack to prevent smearing and defacing.

All Security Housing Unit Staff
Page 2

- Legal Mail will only be stamped on the outside of the envelope. Do not stamp individual pages or the backs of legal work.

- Artwork will only be stamped on the back of the page, carefully, to avoid bleed through.

The idea for this pilot program originated with officials at Pelican Bay State Prison (PBSP) to prevent crime at PBSP, other prisons, and around the state. This program is already showing its effect at other institutions. PBSP is receiving positive feedback from institutions which have received unauthorized mail from PBSP inmates.

All staff are required to ensure compliance with this pilot program and as with every pilot program, necessary adjustments may be made. Effective management of this new security tool will ensure the program's continued success of reducing crime.

If you have any questions, please contact the Facility C Lieutenant at extension 6682 or the Facility D Lieutenant at extension 6882.


C. M. SCAVETTA
Associate Warden
Security Housing Unit

cc:  Warden
     Chief Deputy Warden
     Kurt L. McGuyer, Correctional Captain, Investigative Services Unit
     Pam Carrier, Office Services Supervisor I, Mailroom