1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5824
     Fax: (415) 703-5843
8    Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants Tilton, Scavetta, Horel,
   Silva, Vanderhoofven, McGuyer, Enos, Barneburg,
10 Countess, Milligan, and Estes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JUAN ANGEL MARTINEZ, JR., | C 07-4684 CRB (PR) |
|---|---|
| Plaintiff, | DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY REGARDING THEIR MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT |
| v. | |
| JAMES E. TILTON, et al., | |
| Defendants. | |

I, Kenneth T. Roost, declare:

1.  I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and am assigned to represent Defendants Tilton, Scavetta, Horel, Silva, Vanderhoofven, McGuyer, Enos, Barneburg, Countess, Milligan, and Estes (Defendants) in this case. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so.

2. Defendants' counsel was out of the office from June 21 through June 30, and Plaintiff filed his opposition to the motions to dismiss and for summary judgment on June 23, 2008. In addition to losing this week in which to prepare the reply, Defendants' counsel spent July 3, 2008 in Sacramento to mediate a settlement in another matter.

3. In addition to the reduced period of time to prepare the reply, Plaintiff's twenty-seven-page opposition, accompanied by an additional forty-eight pages of supporting exhibits, is oversized under Local Rule 7-4(b), and omits a table of contents as required under Local Rule 7-4(a). These factors require Defendants to spend extra time preparing their reply.

4. Defendants therefore respectfully request a nine-day extension of time in which to file their reply regarding the motions to dismiss and for summary judgment, such that the time in which Defendants may file a reply is extended up to and including July 16, 2008.

5. Defendants received a forty-day extension of time to file their dispositive motions in this matter, but this is their first request for an extension of time concerning their reply.

6. This request for an extension of time is not made for the purpose of harassment, undue delay, or any improper reason.

7. Plaintiff is confined in state prison and cannot easily be contacted concerning an extension of time. Because Plaintiff is a prisoner, it is also difficult to deliver this motion for an extension of time on the same day it is filed. Thus, Defendants are serving it by overnight mail.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 7, 2008, in San Francisco, California.

Kenneth T. Roost
Deputy Attorney General

20120028.wpd
SF2008400483

Decl. Roost Supp. Defs.' Mot. EOT File Reply

*Martinez v. Tilton, et al.*
C 07-4684 CRB (PR)