IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN ANGEL MARTINEZ, JR., <br><br>                              Plaintiff, <br><br> v. <br><br> JAMES E. TILTON, et al., <br><br>                         Defendants. | C 07-4684 CRB (PR) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY REGARDING THEIR MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT** |

Defendants move for a nine-day extension up to and including July 16, 2008, in which to file a reply regarding their motions to dismiss and for summary judgment. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a reply is extended up to and including July 16, 2008.

Dated: __ July 09, 2008 __

_____
HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

20120029.wpd
SF2008400483

[Proposed] Order Granting Defs.' Mot. EOT File Reply

*Martinez v. Tilton, et al.*
C 07-4684 CRB (PR)

1